**LOWENSTEIN SANDLER LLP**
Michael A. Kaplan
Amanda K. Cipriano
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
mkaplan@lowenstein.com
acipriano@lowenstein.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HANNA, M.D., <br><br> Plaintiff, <br><br> -v- <br><br> SPRINGWORKS THERAPEUTICS, INC., <br><br> Defendant. | Civil Action No. _____ <br><br><br> **NOTICE OF REMOVAL** |

TO:    THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant SpringWorks Therapeutics, Inc. ("SpringWorks"), by its undersigned counsel, hereby gives Notice of its removal of the above-captioned case from the Superior Court of New Jersey, Law Division, Union County, to the United States District Court for the District of New Jersey.

Removing Defendant appears for the purpose of removal only and for no other purpose.  By filing this Notice of Removal, the Removing Defendant does

39745/2
02/22/2021 208365825.1

not waive, expressly or impliedly, any right, defense, affirmative defense, or motion that may be available.  Removal is proper for the following reasons:

1.     On January 25, 2021, Plaintiff John Hanna, M.D. filed the Complaint in this action in the State Court, Docket No. UNN-L-000289-21 (the "State Court Action"), and served the same upon SpringWorks on January 25, 2021.

2.     A copy of all pleadings and process served on SpringWorks is attached hereto as **Exhibit A**.  A copy of the Track Assignment Notice is attached hereto as **Exhibit B**.

3.     According to the Complaint, Plaintiff is a current resident of Union County, New Jersey.

4.     Defendant SpringWorks is a Delaware corporation and has a principal place of business at 100 Washington Boulevard, Stamford, Connecticut 06902.

5.     The State Court Action contains one count, for the alleged violation of the New Jersey Conscientious Employee Protection Act, N.J.S.A. 34:19-1 ("CEPA").

6.     Plaintiff seeks a judgment for compensatory damages, economic damages, exacerbation of his personal physical injury, reputation harm, punitive damages, interest, negative tax

consequences because of any jury verdict, counsel fees, costs of suit, and such other relief as the Court may deem appropriate.

7.   By reason of the factual allegations in the Complaint, and the nature of the claims asserted therein, the matter in controversy in the State Court Action exceeds the sum or value of $75,000.00, exclusive of interests and costs.

8.   This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because this suit is between citizens of different states and the amount in controversy, as reasonably appears from the Plaintiff's correspondences, exceeds $75,000.

9.   The District of New Jersey is the proper venue for removal pursuant to 28 U.S.C. § 1441(a) because the action is pending in the Superior Court of New Jersey, Law Division, located within the District of New Jersey.

10.   Defendant files this Notice of Removal without waiving any objections, exceptions, or defenses to Plaintiff's Complaint.

11.   This Notice is timely filed in accordance with 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days after January 25, 2021, the date SpringWorks was served with the Complaint. This case has been on file for less than one year pursuant to 28

U.S.C. § 1446(b).

12.    No other defendants besides SpringWorks have been named in this case.

13.    Concurrently with the filing of this Notice of Removal, SpringWorks will provide notice (attached hereto as **Exhibit C**) of this Notice of Removal to plaintiff and the Clerk of the Superior Court of New Jersey, Law Division, Union County, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant SpringWorks hereby gives notice that the State Court Action now pending in the Superior Court of New Jersey, Law Division, Union County, has been removed therefrom to this Court.

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

Date:  February 22, 2021        By: _/s/Michael A. Kaplan_

Michael A. Kaplan
Amanda K. Cipriano
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
mkaplan@lowenstein.com
acipriano@lowenstein.com
*Attorneys for* Defendant
*SpringWorks Therapeutics, Inc.*